UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARIA DE LA LUZ DE LOS ANGELES GUTIERREZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondent.

Case No. 5:26-cv-04824-SVW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 9). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Ground 1 of the Petition, and dismissing Grounds 2, 3, and 4 as moot.

IT IS FURTHER ORDERED that Respondents shall release Petitioner unless Petitioner is provided with an individualized bond hearing before an Immigration

Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of the order accepting this R&R.[1]

DATED: September 10, 2026

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

[1] To the extent Petitioner seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), Petitioner's counsel would need to file a post-judgment motion that complies with 28 U.S.C. § 2412(d)(1)(B).