JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ DE LOS ANGELES GUTIERREZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondent. | Case No. 5:26-cv-04824-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Ground 1 of the Petition is granted. Grounds 2, 3, and 4 are dismissed as moot.

DATED: September 10, 2026

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE